**The following constitutes**
**the order of the court. Signed April 05, 2010**

**Marilyn Morgan**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CEDAR FUNDING, INC., <br><br> Debtor. | Case No. 08-52709-MM <br><br> Chapter 11 |
| R. TODD NEILSON, Chapter aa Trustee., <br><br> Plaintiff, <br><br> vs. <br><br> LUZ ELENA AGUIRRE, *et. al.*, <br><br> Defendants. | Adversary No. 09-5225 <br><br> **MEMORANDUM DECISION ON TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## INTRODUCTION

In this adversary proceeding, R. Todd Nielson, the trustee of Cedar Funding, Inc.'s estate, seeks to avoid certain assignments of deeds of trust that CFI recorded in favor of hundreds of investors who have fractionalized interests in seventy-four separate mortgage loans that CFI originated. The trustee has moved for partial summary judgment with respect to fifty-nine of the deeds of trust asserting that the assignments were recorded either during the ninety day preference period preceding CFI's bankruptcy or after the bankruptcy was filed and constitute preferential transfers within the meaning of

§ 547(b) of the Bankruptcy Code.  If the assignments are avoided, the investors will join the pool of CFI's unsecured creditors.

**PROCEDURE ON SUMMARY JUDGMENT**

The standards and procedures for granting partial summary judgment, also known as summary adjudication, are the same as those for summary judgment.  *See Calif. v. Campbell*, 138 F.3d 772, 780 (9th 1998); *Continental Insur. Co. v. Cota,* 2010 WL 383367 *2 (N.D. Cal. Jan. 27, 2010).  Partial summary judgment "upon all or any part of a claim" is appropriate when the evidentiary proof offered by the moving party shows that there is no genuine issue of material fact as to the specified portion of the claim and the moving party is entitled to a determination as a matter of law.  *Celotex Corp v. Catrett*, 477 U.S. 317, 322 (1986); Fed. R. Civ. P. Rule 56.  A plaintiff moving for summary judgment must demonstrate all elements of its claim to prevail.  *Lockwood v. Wolf Corp.,* 629 F.2d 603, 611 (9th Cir. 1980).  To avoid the fifty-nine deeds of trust at issue, the trustee must provide evidence establishing each element of a preferential transfer claim as to each assignment.

Some defendants have alleged affirmative defenses to the trustee's complaint.  Because defendants bear the burden of proof as to their defenses, the catalog of defenses listed in their answer, without more, is insufficient to avoid summary judgment.  *Johnson v. Georgia-Pacific Corp.*, 2009 WL 1311896 at *2 (9th Cir. May 12, 2009); *In re MarchFirst, Inc.*, 2007 WL 4105816, at *5 (Bankr. N.D. Ill. Nov. 15 2007), *citing*, *Celotex*, 477 U.S. at 324, 106 S. Ct. at 2553.  At a minimum, they must offer sufficient evidence to raise a triable issue of fact as to each element of any defense that they want to pursue.

**FACTS**

Many facts  regarding CFI and its operations are recounted in *Rollins v. Nielson (In re Cedar Funding, Inc.)*, 408 B.R.299 (Bankr. N.D. Cal. 2009).  To the extent applicable, those facts are incorporated herein with repetition only as needed to properly understand the events pertinent to the

pending motion for summary judgment. Only seventy-five of over three hundred and eighty affected defendants have opposed the trustee's motion for summary judgment. The facts, as taken from the evidentiary materials submitted by both sides, are stated in a light favorable to the defendants as required by the standards for summary judgment.

Prior to bankruptcy, CFI was in the business of making loans secured by trust deeds against the borrowers' real property. Its operations were funded by hundreds of investors who gave CFI money believing that they were acquiring fractional interests in the secured loans that CFI originated. Between 2004 and early 2008, CFI extended the fifty-six real estate loans listed in Exhibit A to various borrowers. In return, CFI received promissory notes from the borrowers and recorded deeds of trust naming CFI as the beneficiary. The defendants against whom the trustee seeks summary judgment, each gave CFI funds that were to be invested and used to acquire fractional interests in one or more of the fifty-six secured loans at issue.

It was CFI's standard practice to deposit funds from investors into a general account known as the "escrow account" that CFI maintained at Wells Fargo Bank and from which CFI funded loans to its borrowers. In the escrow account, all investor money was commingled along with payments received from borrowers. Shortly after receiving an investment, CFI typically made a bookkeeping entry associating that investment with a particular loan. There is no evidence that CFI deviated from its standard practice with respect to the investments at issue herein. At the time of investment, the defendant investors intended and believed that, in return for their investment, they would receive a fractionalized interest in one or more of CFI's notes and in the corresponding deed of trust securing repayment of the note.

After tendering funds to CFI, the investors generally received a form acknowledgment letter on CFI letterhead thanking them for their investment in a loan identified in the caption of the letter. While defendants' evidence fails to establish that each defendant affected by this motion received an acknowledgment letter, for purposes of this motion, it will be assumed that they did. The body of the acknowledgment letters indicated that the investors held a specified percentage interest in the captioned

3

loan and advised the investors when to expect the first interest payment on their investment. The letters also reflected that certain loan documents were enclosed. The documents varied from letter to letter, but CFI generally enclosed executed copies of the original note and deed of trust between CFI and the borrower, along with copies of several *unexecuted* documents, including a Loan Servicing Agreement, a Lender/Purchaser Disclosure Statement, a Promissory Note Endorsement from CFI to the investor and an Assignment of Deed of Trust referencing the investor as an assignee. Sometimes, the letters also enclosed copies of the borrower's Uniform Residential Loan Application, a Preliminary Title Report, an appraisal of the property and an investment overview. The letters routinely asked the investor to sign and return both the Loan Servicing Agreement and the Lender/Purchaser Disclosure Statement.

Contrary to the norm, twenty-three defendant investors indicate that they received *executed* Promissory Note Endorsements from CFI with their acknowledgment letter. Those investors include:

| Note # | Investor | Date |
|---|---|---|
| Note #4929 | Antonio Flores | undated (enclosed with letter dated 3/1/08) |
| Note #4971 | Pensco fbo J. Waldrup | undated (enclosed with letter dated 8/27/07) |
| | Pensco fbo K. Ramsden | undated (enclosed with letter dated 2/27/08) |
| | Pensco fbo M. Waldrup | undated (enclosed with letter dated 8/27/07) |
| Note #5023 | Marvin Spott | endorsement dated 7/21/07 |
| Note #5173 | Betty Havey | endorsement dated 10/22/07 |
| | Catherine Lau | endorsement dated 10/23/07 |
| Note #5177 | Pensco fbo J. Waldrup | undated (enclosed with letter dated 2/16/07) |
| | Pensco fbo K. Ransden | undated (enclosed with letter dated 8/27/07) |
| | Pensco fbo M. Waldrup | undated (enclosed with letter dated 8/27/07) |
| Note #5317 | Cherie Thibodeaux | endorsement dated 1/11/08 |
| | James Thorsen | endorsement dated 1/11/08 |
| Note #5385 | Selene Olms | endorsement dated 10/17/07 |
| Note #5443 | Roy Gunter | undated (enclosed with letter dated 1/9/07) |
| Note #5497 | Pensco fbo Roy Gunter | undated (enclosed with letter dated 8/10/07) |
| Note #5498 | Blake Cesarin | undated (enclosed with letter dated 5/7/07) |
| Note #5537 | Catherine Lau | endorsement dated 9/19/07 |
| | Tom Moss | endorsement dated 9/19/07 |
| | Gregory/Maria Parrish | endorsement dated 9/24/07 |
| | William/Joele Swift | endorsement dated 9/19/07 |
| Note #5543 | James Moore, trustee | endorsement dated 9/19/07 |

4

| Note #5578 | James Hage | endorsement dated 1/24/08 |
| | Barbara Johns | endorsement dated 1/24/08 |

Defendants also assert that a few of the note endorsements were accompanied by executed Assignments of Deed of Trust bearing the same date as the endorsement.

Every time the investors contacted CFI, CFI treated them as if they owned a fractional interest in the loan in which they had invested. Additionally, after CFI associated an investment with a particular note, it began to make regular monthly interest payments to the investor. CFI sent out interest payments to its investors even if the borrower on the loan was not making loan payments. The defendants who responded to the trustee's motion each received monthly interest payments from the time of their investment through March 2008. Starting in April 2008, however, CFI stopped all interest payments to its investors.

During the first five months of 2008, the California Department of Real Estate and the California Department of Corporations instituted investigations of CFI and its sole shareholder, David Nilsen. On May 16, 2008, the DRE suspended Nilsen's real estate license due to multiple and continuing violations of California's Business and Professions Code, which included the failure to execute and/or record assignments of deeds of trust naming the individual investors as beneficiaries. In an apparent attempt to save his real estate license, between April 14, 2008 and May 21, 2008, Nilsen had CFI execute Assignments of Deeds of Trust reflecting the fractionalized interests that each of the defendants held in the loans at issue. These executed assignments were then recorded with the appropriate county recorder's office. The record dates range from April 21, 2008 to September 9, 2008. In each case, the fractional assignment of CFI's deed of trust was recorded either within the thirty-five day period preceding, or sometime subsequent to, CFI's May 26, 2008 bankruptcy filing .

5

# DISCUSSION

To succeed on summary judgment, the trustee must provide undisputed evidence showing that the fractional security interests that CFI assigned to the investors constituted an interest of CFI in property and that the transfers of those interests 1) were for the benefit of a creditor; 2) were on account of an antecedent debt; 3) were made while CFI was insolvent; 4) were made within 90 days of CFI's bankruptcy petition; and 5) would allow the receiving creditor to receive more than it would under a chapter 7 liquidation, without the transfer. 11 U.S.C. § 547(b). The trustee has satisfied this burden.

With respect to the fifty-six loan transactions at issue, CFI received promissory notes from each of its borrowers. The borrowers also executed deeds of trust, naming CFI as beneficiary, to secure repayment of the notes. Both the deeds of trust and the promissory notes in favor of CFI constituted "legal or equitable interests of the debtor in property." 11 U.S.C. § 541(a)(1). As a result, there is no serious challenge to whether the fractional security interests that CFI transferred to the defendants constituted an interest of CFI in property.

Turning to whether the transfers effected by the assignments of the deeds of trust were for the benefit of a creditor and were on account of antecedent debt, defendants' own submissions indicate that CFI promised to transfer fractional interests in the notes and deeds of trust to the defendants in return for their investments. There is no dispute that each defendant invested thousands of dollars with CFI. Until CFI accomplished the transfers, the defendant investors were creditors of CFI entitled to the conveyance of their fractionalized security interests in the loans, which is why the trustee has referred to the transactions as "failed sales." When the transfers eventually occurred, they were clearly on account of antecedent debt because the defendants had been entitled to receive their fractional interests since the time of their original investment.

Based on the opposition papers filed by seventy-five of the defendants, the only real dispute is whether the transfer of the defendants' secured interests in the underlying loans took place during the 90 days immediately preceding CFI's bankruptcy, a time period when CFI is presumed to have been insolvent. Defendants contend that CFI transferred full ownership of their secured interests outside of

6

the preference period in one of two ways: First, they urge that CFI transferred the promissory notes to them prior to the preference period, either by executing a Note Endorsement in favor of twenty-two defendants or because the endorsement was executed by integration into a signed acknowledgment. Alternatively, defendants assert that summary judgment is unwarranted due to questions of fact as to whether they have an equitable lien that pre-dates the preference period. Neither argument is persuasive.

## I.  Note Endorsements Outside the Preference Period Do Not Preclude Avoidance of the Liens.

Section 547(e)of the Bankruptcy Code governs whether or not a transfer is made within the 90 day preference period. According to its terms, for avoidance purposes, a transfer is made:

> (A) at the time such transfer takes effect between the transferor and the transferee, if such transfer is perfected at, or within 30 days after, such time;
>
> (B) at the time such transfer is perfected, if such transfer is perfected after such 30 days;
>
> (C) immediately before the date of the filing of the petition, if [a transfer perfected after such 30 days] is not perfected at
>
> > (i) the commencement of the case.

11 U.S.C. § 547(e)(2)(A) - (C). Under this provision, for avoidance purposes, a transfer is not necessarily "made" at the time that the debtor completes an effective transfer to the intended transferee. Rather, the court must also consider when the transfer is perfected to see whether the effective date, or the perfection date, or the filing will control.

Perfection, in turn, depends on whether the transfer involves real property or not. 11 U.S.C. § 547(e)(1). Here, the deeds of trust at issue are interests in real property. *In re Cortez*, 191 B.R. 174, 178 (9th Cir. B.A.P. 1995). As a result, § 547(e) dictates that the perfection date for the transfers of fractionalized security interests from CFI to the defendants is the date when a bona fide third party purchaser could no longer acquire a property interest senior to the defendants' security interests. 11 U.S.C. § 547(e)(1)(A).  State law determines when it is no longer possible to gain a superior interest *In re Lewis W. Shurtleff, Inc.*, 778 F.2d 1416, 1420 (9th Cir. 1985). Under California's real property recording system, the priority of conveyances, with an exception for leases that is not applicable here, is determined by time of recordation, not time of transfer. Cal. Civ. Code §§ 1213-1214; *Bratcher v.*

7

*Buckner*, 90 Cal. App. 4th 1177, 1185 (2001). A "conveyance" includes every written instrument by which any interest in real property is created, mortgaged or encumbered, or by which the title to any real property may be affected. Cal. Civ. Code § 1215. Consequently, a deed of trust, as an instrument providing a security or collateral interest in real property, must be perfected by recordation to be binding on subsequent purchasers without notice. *Cortez*, 191 B.R. at 178. Similarly, any assignment of a deed of trust may be valid as between the assignor and assignee without recording, but it is only upon recording that its priority is perfected and provides constructive notice to third parties to prevent them from gaining a superior interest. Cal. Civ. Code § 2934. *See also* 4 Miller & Starr, CALIFORNIA REAL ESTATE, 3d ed., Deeds of Trust § 10:39 (2000).

Defendants argue that their fractional interests were transferred before the 90 day preference period began because CFI transferred the promissory notes to defendants outside the preference period and the transfer of the debt carried their security interests with it. Cal. Civ. Code § 2936. That argument misses the effect of California's real property recording system. The defendants are correct that transfer of the underlying debt would have carried the security with it. *Id.*; 4 Miller & Starr, at §10:38 (transfer of the debt accomplishes the transfer of the security without the necessity of a formal assignment of the trust deed). Mere transfer of the security interests, however, is only valid between the assignors and assignees of the security interests. To be effective against third parties, or "perfected" within the meaning of § 547(e), the assignment or transfer of the deeds of trust had to be recorded. *Id.* § 2934.

Applying the above standards to the facts of this adversary proceeding, the evidence establishes that all but five of the assignments were executed before March 1, 2008. It is also undisputed that those executed assignments were all recorded between April 21, 2008 and September 9, 2008. Thus, they were all perfected more than 30 days after the transfer of the fractional interests became effective between the parties. According to § 547(e)(2)(B), then, all transfers recorded prior to the May 26, 2008 petition date were "made," for purposes of avoidance, at the time of perfection. For those that were recorded after the May 26, 2008 petition date the transfers are deemed to be "made" immediately before the filing of the petition. § 547(e)(2)(C).

8

1    With respect to the remaining five notes (Nos. 5023, 5173, 5358, 5533 and 5560), defendants'

2    chart indicates that the assignments were executed in mid-April 2008. Two of those five assignments

3    were recorded more than 30 days after they were executed. As a result, the perfection date is the date

4    the transfer was made. *Id.* at § 547(e)(2)(B). For the last three, however, the assignments were recorded

5    within than 30 days of the date reflected on the Assignments of Deed of Trust. Viewing this evidence

6    in the defendants' favor, the transfers were "made" on the date set forth in the assignments. *Id.* at §

7    547(e)(2)(A). Because that date was in mid-April, however, the transfers again were "made" within the

8    90 day preference period.

9

## II.    The Circumstances Of This Case Dictate That The Principle of Ratable Distribution Trumps Any Right To An Equitable Lien.

12    Defendants urge that summary judgment is also inappropriate because there are questions of fact

13    regarding whether the defendants have an equitable lien that transferred the equity of their security

14    interests to them back at the time of their investment in CFI. They reason that only bare legal title was

15    transferred when the trust deed assignments were recorded during the preference period, and therefore

16    their equitable liens are not subject to avoidance as preferences. This argument does not preclude the

17    entry of summary judgment for the trustee.

18    Even if there is a triable issue of fact as to whether an equitable lien could be imposed, caution

19    is required before exercising this inchoate equitable power in the bankruptcy context. *In re North*

20    *American Coin & Currency, Ltd.*, 767 F.2d 1573, 1575 (9th Cir. 1985). Once bankruptcy intervenes, the

21    right to an equitable lien should be balanced against bankruptcy principles of ratable distribution. *See*

22    *Rollins*, 408 B. R. at 314-16. For the reasons explained in the *Rollins* decision, CFI's bad business

23    practices, including the commingling of investment monies from individual investors with payments from

24    borrowers, precludes the recognition of an equitable lien in favor of any particular claimant. To prefer

25    one claimant by awarding an equitable lien would be unfair to potential competing equitable claims to

26    the same property. *Id.* at 316.

27

28                                                    9

Further, it would make little sense to impose an equitable lien under the circumstances of this proceeding because any such lien would be avoidable as a preference. As one leading bankruptcy treatise has recognized, "for purposes of Code § 547, an equitable lien is transferred when steps to declare or enforce it are taken and without the benefit of any relation-back principle." 4 NORTON BANKRUPTCY LAW AND PRACTICE § 66.17 (3d ed. 2008). *Accord Cadle Company v. Mangan*, 316 B.R. 11, 22-23 (D. Conn. 2004)(finding the analysis set forth in NORTON persuasive). This conclusion is consistent with both the language of the Code and its historical treatment of equitable liens. As already discussed, under § 547(e), a transfer of an interest in real property is deemed to occur only when a bona fide purchaser without notice of the lien can no longer obtain a superior interest. Significantly, no relation back principle is recognized in that standard. Although § 546(b) of the Code limits some avoiding powers by preserving relation back features of state law, § 547 is conspicuously absent from the list of Code sections that remain subject to state law relation back rules. The historical treatment of equitable liens under the preference laws also supports the conclusion that equitable liens do not relate back for preference purposes. *See* 4 NORTON at § 66.17 (discussing the Bankruptcy Act's adoption of a bona fide purchaser test for preference laws, which operated to avoid many equitable liens and the subsequent effect of the Uniform Commercial Code, which eliminated the need for special provisions regarding equitable liens). Even though an equitable lien, once imposed, is said to relate back to the time of the conduct creating it, as an unrecorded lien, it only takes precedence over subsequent attaching judgment creditors, not bona fide purchasers. *First Fidelity*, 60 Cal. App. 4th at 1440-41; *Jud Whitehead*, 111 Cal. App. 2d at 873. Thus, under § 547 and the facts of this case, the imposition of an equitable lien would not prevent the trustee from avoiding it.

III.     **Summary Judgment Is Not Otherwise Improper**.

The seventy-five defendants who filed opposition to the trustee's motion for summary judgment finally complain that the trustee's motion seeks relief that goes beyond the claims alleged in the complaint. However, the trustee, quite simply, seeks a determination as a matter of law that the security

10

interests of the defendants constitute avoidable preferences. A review of the moving papers uncovers no attempt to expand the scope of the complaint.

Further, defendants have offered no evidence to support the majority of the affirmative defenses that they have alleged. To the extent that these defenses are not supported by any evidence, they cannot prevent the entry of summary judgment in the trustee's favor. *Celotex*, 477 U.S. at 324, 106 S. Ct. at 2553;. *MarchFirst,*, 2007 WL 4105816, at *5.

Finally, over 300 defendants have failed to lodge any opposition to the trustee's motion for summary judgment. When an opposing party does not respond to a motion for summary judgment, the motion should, if appropriate, be granted. Fed. R. Civ. P. Rule 56(f). Because these defendants have not raised any factual disputes and the trustee has established his entitlement to relief as a matter of law, summary judgment is also appropriate against the defendants who have failed to respond.

### CONCLUSION

For the reasons explained, the trustee's motion for partial summary judgment is granted in favor of the trustee and against the defendants with respect to the fifty-nine Assignments of Deed of Trust referenced in Exhibit A.

Good cause appearing, IT IS SO ORDERED.

**** END OF ORDER ****

11

# EXHIBIT A

1.

**CFI Loan # 4779**

**Property Address**: 11174 Crane St. (Pomber St.), Castroville, CA 95012

**Record Date of Assignment**: 5/29/2008

**Recorded Document No.** 2008034393

**Assignees**:    Karen Feistman, Trustee of the Peter Feistman and Karen Feistman Trust UTD dated 3-11-1993; Willy J. Grundherr and Deborah L. Grundherr, Trustees of the Grundherr Living Trust; Zenon Obydzinski and Beata A. Obydzinski; Mark J. Penniman and Gail S. Penniman; Gabriele D. Swanson, Trustee of the Gabriele D. Swanson Trust UTA dated 06/04/92; Michael Clark, Trustee of the Clark Trust

2.

**CFI Loan # 4830**

**Property Address**: 71 Via Desconso, Monterey, CA 93940

**Record Date of Assignment**: 6/5/2008

**Recorded Document No.** 2008036344

**Assignees**:    David P. Beck and Maria G. Beck

3.

**CFI Loan # 4928**

**Property Address**: 16 Vista Ladera, Carmel Valley, CA 93924

**Record Date of Assignment**: 7/29/08

**Recorded Document No.** 2008049229

**Assignees**:    Cyd Love FBO Nicholas Tucker; Ellen Jasnosz, Trustee of the Ellen Jasnosz Trust UTA 5/17/02; Lawrence A. Weingarten and Suzanne Weingarten; Rose Marie Cuva, Trustee of the Cuva 1985 Trust dated Oct. 3, 1985; Gordon B. Kennedy

4.

**CFI Loan # 4929**

**Property Address**: 38767 Palo Colorado, Carmel, CA 93923

**Record Date of Assignment**: 6/5/2008

**Recorded Document No.** 2008036346

**Assignees**:    Pensco Trust Co., Custodian FBO Kipp Stewart; Kevin Muir and Denise E. Muir, Trustees of the Muir Family Trust dated July 14, 2003;; David P Rauen and Ann E. Rauen; Anthony Johnson and Judith A. Johnson, Trustees of the Johnson Trust dated April 19, 2001; Ivan B. Joffer and Nancy Joffer; Gloria B. Flores and Nicanor R. Flores; Phyllis A. Endicott; Thomas A. Jasnosz and Katheryn G. Peters; Antonio Flores and Debora Flores, Trustees of the Flores Family Trust dated Dec. 22, 1995

5.

**CFI Loan # 4951**

**Property Address**: 122 Via Del Milagro Lot 60, Monterey, CA 93940

**Record Date of Assignment**: 6/5/2008

**Recorded Document No.** 2008036347

**Assignees**: Daniel Tarallo; Pensco Trust Co. Custodian fbo May S. Waldroup; Charles R. Smith, Jr. and Isabelle C. Smith, Trustees of the C.R. Smith Family Trust UTD 09/29/1988; Catherine M. Doherty, Trustee of the 1999 Catherine M. Doherty Revocable Trust dated May 12, 1999; Dean R. Morford, Trustee of the Dean R. Morford Family Trust UTD 11/23/88; Windsor Shane Buzza and Elizabeth Buzza ; Joseph F. Lupino, Trustee of the Joseph F. Lupino Revocable Trust; Nancy J. Mills, Trustee of the Nancy J. Nightingale-Mills Revocable Living Trust; Vina R. Kelley, Trustee of the Howard and Vina Kelley Family Trust UTD Dated 3-11-1993; Elsbeth Foster, Trustee of the Elsbeth I. Foster Trust, UTA dated May 1, 2000; Marian Marie Pattee, Trustee of the Marian Marie Pattee 1993 Trust dated March 26, 1993; Lloyd Gurley and Jeanne Gurley; Pensco Trust Co. Custodian fbo Marc D. Waldroup

6.

**CFI Loan # 4954**

**Property Address**: 10 Melway Circle, Monterey, CA 93940

**Record Date of Assignment**: 6/5/2008

**Recorded Document No.** 2008036348

**Assignees**: Lawrence A. Weingarten and Suzanne Weingarten; David Salehinia, Trustee of the Mehrab Pers. Prop. Trust Dated April 25, 2003; Sandra J. Still

7.

**CFI Loan # 4971**

**Property Address**: 38767 Palo Colorado, Carmel, CA 93923

**Record Date of Assignment**: 6/5/2008

**Recorded Document No.** 2008036350

**Assignees**: Bert Baumer; Pensco Trust Co., Custodian FBO May S. Waldroup; Wayne Wood, Trustee of the Wayne C. Wood Living Trust dated August 23, 1999; Sheila M. Haddad; David B. Verhines and Patricia Judith Verhines, Trustees of the Patricia Judith Verhines Revocable Trust, UTA dated 02/14/91; George E. Richardson, Jr., Trustee of the George E. Richardson Jr. Trust UTD dated 6/4/2003; Philip C. Johnson; Paul Forgette and Ronda Forgette; Philip Kok-kin Wong; Pensco Trust Co., Custodian FBO Hristina LeBlanc; Hazel Blaylock; Wayne Ross, Trustee of the Ross 1999 Family Trust dated 7-02-1999; Jan T. Swanberg and Elsy M. Swanberg; Andrew Sievright; AIM Foundation, Artists Inspiring Mankind Foundation; Mildred M. Taggart, Trustee of the Mildred M. Taggart Living Trust dated August 9, 2006; Pensco Trust Co., Custodian FBO Marc Waldroup; Pensco Trust Co., Custodian FBO John M. Waldroup; Pensco Trust Co., Custodian FBO

13

Kristen Ramsden; Diana Cornelius; James W. Goodacre; Gordon B. Kennedy; Kyle Valentic and Meta Valentic; Timothy P. McDermott and Rebecca L. Ramos

8.

**CFI Loan # 5023**

**Property Address**: 16 Vista Ladera, Carmel Valley, CA 93924

**Record Date of Assignment**: 6/5/2008

**Recorded Document No.** 2008036352

**Assignees**: Harold R. Jordan and Martha W. Jordan, Trustees of the Jordan Family Trust UTD 12/26/92; Irene Finn; James D. Pederson and Paul M. Campos, Trustees of the James D. Pederson Revocable Trust UTD 06/29/89; Marvin F. Spott, Trustee of the TTOPS 2006 Trust; Michael J. Kennedy and Diane L. Kennedy, Co-Trustees of the Kennedy Family Living Trust Established August 12, 1998; Steven M. Weingarten; Kenneth E. Tingley, Trustee of the Tingley 2004 Trust dated 4/6/04; Gerry Bartlett; Jodi Mclean

9.

**CFI Loan # 5101**

**Property Address**: 2115 2nd Road, McKinleyville, CA 95519

**Record Date of Assignment**: 5/19/2008

**Recorded Document No.** 2008125022

**Assignees**: Darien Weiner; Mahin Salehinia; Joseph C. Gehman and Judith K. Gehman; Blasczyk Physical Therapy Retirement Plan and Trust, David Nilsen

10.

**CFI Loan # 5138**

**Property Address**: 2 Chambers Lane, Carmel Valley, CA 93924

**Record Date of Assignment**: 5/21/2008

**Recorded Document No.** 2008032711

**Assignees**: Pacific Capital Bank, N.A., Custodian, Saul M. Weingarten Dec'd IRA FBO Bruce D. Weingarten; Pacific Capital Bank, N.A., Custodian, Saul M. Weingarten Dec'd IRA FBO Steven M. Weingarten; Pacific Capital Bank, N.A., Custodian, Saul M. Weingarten Dec'd IRA FBO Lawrence A. Weingarten

14

11.

**CFI Loan # 5152**

**Property Address**:  10, 16 & 20 Garces Way, Delano, CA 93216

**Record Date of Assignment**: 6/11/08

**Recorded Document No.** 28093743

**Assignees**:  Alberta Stokes, Trustee of the Alberta Stokes Revocable Trust UDT dated 2/26/03; John P. Callahan; Mary A. Hindbaugh; David F. Elgart, Trustee of the Elgart Living Trust

12.

**CFI Loan # 5167**

**Property Address**:  1960 Rocky Ridge Rd., Morgan Hills, CA 95037

**Record Date of Assignment**: 5/19/08

**Recorded Document No. 19868018**

**Assignees**:  Chris A. Kuhlken; Luz Elena Aguirre; Luz Elena Aguirre, Trustee of the Irene S. Aguirre Trust UTD dated 12/3/1986; David Salehinia, Trustee of the Mehrab Pers. Prop. Trust Dated April 25, 2003; Mahin Salehinia; Blasczyk Physical Therapy Retirement Plan and Trust

13.

**CFI Loan # 5173**

**Property Address**: 41095 Highway One, Monterey, CA 93940

**Record Date of Assignment**: 4/25/08

**Recorded Document No.** 2008026251

**Assignees**:  Anthony Foux and Claudia Kahn

14.

**CFI Loan # 5173**

**Property Address**: 41095 Highway One, Monterey, CA 93940

**Record Date of Assignment**: 5/19/08

**Recorded Document No.** 2008031831

**Assignees**:  Betty Havey, Trustee of the Betty Havey Living Trust; Ann Cathey, Trustee of the Homer Tercero and Anne Cathey Living Trust UTD 08/02/2001; Eileen C. Mazer; Ruth A. Watkins and Nikki L. Watkins, Trustees of the Nikki Lee & Ruth Ann Watkins Family Trust; Blake Cesarin, Trustee of the Agen Court Personal Property Trust DTD May 18, 2004; Catherine C. Lau, Trustee of the Catherine C. Lau Living Trust dated Feb. 27, 2002; Anne L. Wiewel; Richard L. Blanding, Trustee of the Blanding Family Trust dated 12/11/1979

15

15.

**CFI Loan # 5177**

**Property Address**: Oroville, CA 95965

**Record Date of Assignment**: 9/4/08

**Recorded Document No.** 20080032988

**Assignees**:  Pensco Trust Co., Custodian FBO May S. Waldroup; Pensco Trust Co., Custodian FBO Marion Coolidge; David Salehinia, Trustee of the Mehrab Pers. Prop. Trust Dated April 25, 2003; Darien Weiner; Pensco Trust Co., Custodian FBO Marc D. Waldroup; William Matteo Evanger; Pensco Trust Co., Custodian FBO Marc Waldroup; Pensco Trust Co., Custodian FBO John M. Waldroup; Pensco Trust Co., Custodian FBO Kristen Ramsden

16.

**CFI Loan # 5194**

**Property Address**: 1598 Nelson Ave., Oroville, CA 95965

**Record Date of Assignment**: 9/4/09

**Recorded Document No.** 20080032989

**Assignees**:  Yoshiko Smith, FBO Christine Smith; Erna H. Morris; William R. Shelton, c/o Janet Shelton Trustee of the Shelton Family Trust UTD 06/22/78; Josephine R. Lint; John J. Ekelund and Lynn S. Ekelund, Trustees for the John and Lynn Ekelund Trust dated 5/16/2006; Vina R. Kelley, Trustee of the Howard and Vina Kelley Family Trust UTD dated 3-11-1993; Luz Elena Aguirre; Philip C. Johnson; Audrey Flashner

17.

**CFI Loan # 5198**

**Property Address**: Paula Court, Oroville, CA 95965

**Record Date of Assignment**: 9/4/08

**Recorded Document No.** 20080032990

**Assignees**:  Craig F. Lyons and Josephine A. Lyons; David L. Gambetta and Christine L. Gambetta; David G. Swinehart and Maria C. Guzman-Swinehart; Sharon Reeves

16

18.

**CFI Loan # 5199**

**Property Address**: Paula Court, Oroville, CA 95965

**Record Date of Assignment**: 9/4/08

**Recorded Document No.** 20080032991

**Assignees**: Marion H. Coolidge; Terry R. Talcott and Marcia Talcott; William E. Crogan and Laurie M. Crogan; Vina R. Kelley, Trustee of the Howard and Vina Kelley Family Trust UTD dated 3-11-1993; Christina L. Millard and Chris J. Millard; Christine Garbo

19.

**CFI Loan # 5212**

**Property Address**: 2915 E Street, San Diego, CA 92102

**Record Date of Assignment**: 5/20/08

**Recorded Document No.** 20080271314

**Assignees**: Kenneth R. Frost, Trustee of the Frost Family Trust UTD 02/24/84; Pierre Vercammen; Jan J. Valtr, Trustee of the Bohumil J. Valtr and Emilie J. Valtr Rev. Living Trust dtd July 2, 1085; Jean M. Duff, Trustee of the Jean M. Duff Revocable Trust UTD 3/24/94; Nancy J. Mills, Trustee of the Nancy J. Nightingale-Mills Revocable Living Trust; Ivan B. Joffer and Nancy Joffer; Daniel J. Turner and Jeanne C. Turner, Trustees of the Turner Family Trust UDT dated 10/16/98; Kristen Suzuki; Donald C. Bowen and Judith A. Bowen, Trustees of the Bowen Family Living Trust; Sidney H. Widrow and Bernice M.S. Widrow, Trustees for the Sidney H. Widrow and Bernice M.S. Widrow Trust Agreement created December 11, 1996; Rabia Erduman; Anita D. Witcher and Namon D. Witcher, Trustees of the Namon D. Witcher and Anita D. Witcher 1992 Living Trust Agreement dated April 10, 1992

20.

**CFI Loan # 5213**

**Property Address**: Cathedral City, Cathedral City CA 92234

**Record Date of Assignment**: 9/9/08

**Recorded Document No.** 2008-0495838

**Assignees**: Pensco Trust Co. Custodian fbo Joseph Lupino; Willy J. Grundherr and Deborah L. Grundherr, Trustees of the Grundherr Living Trust; Elsbeth Foster, Trustee of the Elsbeth I. Foster Trust, UTA dated May 1, 2000; David Salehinia, Trustee of the Mehrab Pers. Prop. Trust Dated April 25, 2003; Kristen Suzuki; David G. Swinehart and Maria C. Guzman-Swinehart; Heidi T. Daunt and Philip J. Daunt, Trustees of the Daunt Family Trust dated Mar. 04, 1999; Allyn C. Bushlow, Trustee of the Allyn C. Bushlow Revocable Living Trustt; Pensco Trust Co. Custodian fbo Aaron N. Gallegos; Donald S. Albright, Jr., Trustee of the Albright Family Trust dated August 20, 1992

17

21.

**CFI Loan # 5216**

**Property Address**: Vacant Lots, Sun City, CA

**Record Date of Assignment**: 9/9/08

**Recorded Document No.** 20080495837

**Assignees**: Revocable Family Trust dated October 26, 1994; Raymond Ralph Leclair and Joyce Leclair; Arno W. Heckrodt, Trustee of the Revocable Living Trust of Arno W. Heckrodt dated April 25, 1986; David G. Swinehart and Maria C. Guzman-Swinehart; Philip Kok-Kin Wong; Esin Voskay, Trustee of the Hilmi and Esin Voskay Trust dated Feb. 9, 1998;; Douglas Forzani, Trustee of the Dolores f. Lewis Trust; Rhodell R. Willard, Trustee of the Rhodell R. Willard Revocable Living Trust, dated December 30, 1991; Edward H. Ogle, Trustee of the Edward H. Ogle Revocable Living Trust dated January 7, 1992; Farmacy II, Inc. and Lynda Clark

22.

**CFI Loan # 5224**

**Property Address**: Mercy Springs Rd.,Los Banos, CA

**Record Date of Assignment**: 5/14/08

**Recorded Document No.** 2008-030807

**Assignees**: Pierre Vercammen; Garden Of Memories Mem. Park; James R. Thorsen, Trustee of the H. J. Thorsen Trust UTA dated Feb. 12, 1990; Douglas N. Forzani and Shirley J. Forzani, Trustees of the Forzani 1994 Revocable Family Trust ; Melinda Moore; Esin Voskay, Trustee of the Hilmi and Esin Voskay Trust dated Feb. 9, 1988; Douglas Forzani, Trustee of the Dolores F. Lewis Trust; Nels W. Ingram and Patsy G. Ingram, Trustees of the Nels W. Ingram and Patsy G. Ingram Revocable Trust, dated Jan. 2, 1992

23.

**CFI Loan # 5243**

**Property Address**: Oroville, CA 95965

**Record Date of Assignment**: 9/4/08

**Recorded Document No.** 20080032992

**Assignees**: Maria R. Connolly; Karen Feistman, Trustee of the Peter Feistman and Karen Feistman Trust UTD dated 3-11-1993; Pierre Vercammen; Vina R. Kelley, Trustee of the Howard and Vina Kelley Family Trust UTD dated 3-11-1993; Craig Lovell; Allyson Kumataka, Trustee of the Kumataka 1994 Trust; Darleen Witcher and Namon Witcher; Anita D. Witcher and Namon D. Witcher, Trustees of the Namon D. Witcher and Anita D. Witcher 1992 Living Trust Agreement dated April 10, 1992; Susan W. Cabarloc, Truste of the Susan Wong Carbaloc Living Trust; Ludmeila Axionoff, Trustee of the Ludmeila Axionoff Revocable Living Trust; Ronald R. Jaye, Trustee of the Ronald R. Jaye Trust U/D/T dated March 2, 1990 and Amended in its Entirety on May 6, 2002; Mildred M. Taggart, Trustee of the Mildred M. Taggart Living Trust dated August 9, 2006; Blasczyk Physical Therapy Retirement Plan and Trust

18

24.

**CFI Loan # 5273**

**Property Address**: Oroville, CA 95965

**Record Date of Assignment**:  9/4/08

**Recorded Document No.** 2008032993

Assignees:    Linda C. Elliott, Trustee of the Temple and Linda Elliott Trust dated May 3, 2006; Teresa G. Hurtubise FBO Mary Ann Hurtubise; Charles R. Smith, Jr. and Isabelle C. Smith, Trustees of the C.R. Smith Family Trust UTD 09/29/88; Pensco Trust Co., Custodian FBO Joseph Lupino; Michelle M. Long; Pensco Trust Co., Custodian FBO Linda C. Elliott; Audrey Flashner; Christina Shaw; William Matteo Evanger; Cherie J. Thibodeaux, Trustee of the Cherie J. Thibodeaux Trust 2 U/A dtd 11/11/99; Philip Kok-kin Wong; Will Kramer and Lydia Kramer

25.

**CFI Loan # 5276**

**Property Address**: 1047 Lost Barranca Road, Pebble Beach, CA 93953

**Record Date of Assignment**: 5/19/08

**Recorded Document No.** 2008032066

Assignees:    Donald L. Shaver and Evelyn Shaver, co-Trustee of the Shaver Living Trust UTD 04/26/88; Douglas N. Forzani and Shirley J. Forzani, Trustees of the Forzani 1994 Revocable Family Trust dated October 26, 1994; Joanne Forzani; Donna Shaver; Florence L. Christman

26.

**CFI Loan # 5317**

**Property Address**: El Caminito Rd., Carmel Valley, CA 93924

**Record Date of Assignment**: 5/19/08

**Recorded Document No.** 2008032064

Assignees:    James Thorsen, Trustee of the Thorsen Family Trust U/A dated Feb. 4, 2008; Blake Cesarin, Trustee of the Agen Court Personal Property Trust; Cherie J. Thibodeaux, Trustee of the Cherie J. Thibodeaux Trust 2 U/A dtd 11/11/99; Charles R. Singer; Lawrence H. Stock, Trustee of the Lawrence H. Stock Living Trust; Andrew Sievright; James W. Goodacre

19

27.

**CFI Loan # 5318**

**Property Address**:  38 Acres Chanslor Way - Tract 30991-2, Parcel 1 & 2 of Parcel Map 24278, Blythe, CA 92225

**Record Date of Assignment**: 9/9/08

**Recorded Document No.** 20080495845

**Assignees**:  Bruce D. Weingarten; Karl B. Bisht and Carol H. Bisht; Elisabeth Spence; Esin Voskay, Trustee of the Hilmi and Esin Voskay Trust dated Feb. 9, 1998; Church of Jesus Christ in the Americas, Inc.; Shannon M. James; Lee Purser; Tetratech Retirement Plan; John Jackson and Annette Jackson; Jan T. Swanberg and Elsy M. Swanberg; George Havstad and Janece Havstad; Henryka Szudelski; Roberta Rose and Michael Parker

28.

**CFI Loan # 5323**

**Property Address**: Ophir Road, Oroville, CA 95965

**Record Date of Assignment**: 9/4/08

**Recorded Document No.** 2008-0032987

**Assignees**:  Craig F. Lyons and Josephine A Lyons; Stanley K. Bishop, Trustee of the Stanley Bishop Family Trust A U/A dated 9/17/1996; Stanley K. Bishop, Trustee of the Stanley Bishop Family Trust B U/A dated 9/17/1996; Catherine M. Doherty, Trustee of the 1999 Catherine M. Doherty Revocable Trust dated May 12, 1999; Kenneth R. Frost, Trustee of the Frost Family Trust UTD 02/24/84; Roger King, Trustee for the King Family Trust UTD 09/24/96; Lawrence A Weingarten and Suzanne Weingarten; Sandra J. Still; Harold R. Black and Jane Black, Trustees of the Black Family Living Trust; Dwayne R. Kelley and Ana Kelley; Brockman Farming, Inc.

29.

**CFI Loan # 5324**

**Property Address**: 68359 Jolon Road, Parcel E, Lockwood, CA 93426

**Record Date of Assignment**: 6/19/08

**Recorded Document No.** 2008039967

**Assignees**:  Bert Baumer; David Salehinia, Trustee of the Mehrab Pers. Prop. Trust Dated April 25, 2003; Teresa M. Michel and F. William Michel; David F. Elgart, Trustee of the Elgart Living Trust; Nels W. Ingram and Patsy G. Ingram, Trustees of the Nels W. Ingram and Patsy Ingram Revocable Trust, dated Jan. 2, 1992; William Parham, Jr.; Elmer E. Jenkins; Linda A. Larone and Sharon M. Daly, Trustees of the Linda A. Larone and Sharon M. Daly Trust dated Oct. 31, 1996; Kevin Muir and Denise Muir, Trustees of the Muir Family Trust dated July 14, 2003; Kay Burbidge; Frances Tarr, Trustee of the Frances B. Tarr Trust; May Waldroup; Edward H. Ogle and Rhodell R. Willard, Trustees of the Edward H. Ogle and Rhodell R. Willard Revocable Living Trust dated 1/7/1992; Evelyn Epstein; Albert G. Giordano, Trustee of the Albert G. Giordano Living Trust; Betty

Case: 09-05225   Doc# 44   Filed: 04/05/10   Entered: 04/06/10 13:01:05   Page 20 of 40

Bergerac and Raymond Bergerac, Trustees of the Bergerac Family Trust dated 4/17/1991; Ingrid Selin; Donald C. Cook, Trustee of the 1990 Donald C. Cook Trust

30.

**CFI Loan # 5348**

**Property Address**:

**Record Date of Assignment**: 5/29/08

**Recorded Document No.2008034409**

**Assignees**:  Barbara C. Johns; Donald and Evelyn Shaver; Thomas and/or Judith Nemes; Anthony Johnson; Steven M. Weingarten; Mary James Capson, Trustee of the Mary James Capson Living Trust dated December 11, 2003; Soonja L. Cook; Donna Shaver; Esin Voskay, Trustee of the Hilmi and Esin Voskay Trust dated Feb. 9, 1998; Sallyann Forzani; William C. and/or Frieda Jackson; Richard Anderson and Brenda Anderson, Trustees of the Anderson Family Trust dated 3/13/1990; Barbara Denton; X-Files Limited Partnership, Ludmeila Axionoff

31.

**CFI Loan # 5358**

**Property Address**: Lot 29 of Tract 3073, Desert Hot Springs, CA  92102

**Record Date of Assignment**: 4/29/08

**Recorded Document No.** 20080217109

**Assignees**:   Anthony Foux and Claudia Kahn

32.

**CFI Loan # 5358**

**Property Address**: Lot 29 of Tract 3073, Desert Hot Springs, CA  92102

**Record Date of Assignment**: 9/9/08

**Recorded Document No.** 20080495846

**Assignees**:   Pamela Allinson; Eva Lazar, Trustee of the Eva K. Lazar Revocable Living Trust; Robert Morris and Katherine Morris; Oliver J. Rowan

21

33.

**CFI Loan # 5359**

**Property Address**: 125 Stratford Drive, Watsonville, CA 95076

**Record Date of Assignment**: 5/21/08

**Recorded Document No.** 2008-0021928

**Assignees**: Barbara L. Wake, ; Jenny D'Angelo; Pamela Flagg; Jarvis C. Schumacher and Patricia Harrop Schumacher, Trustees of the Jarvis C. Schumacher and Patricia Harrop Schumacher Family Revocable Trust dated Dec. 20, 2002

34.

**CFI Loan # 5366**

**Property Address**: 3610 Auburn Blvd., Sacramento, CA 95821

**Record Date of Assignment**: 5/20/08

**Recorded Document No.** 200805200800

**Assignees**: Teresa G. Hurtubise fbo Mary Ann Hurtubise; Teresa G. Hurtubise; Floyd L. Swenson and Danette Swenson; Vina R. Kelley, Trustee of the Howard and Vina Kelley Family Trust UTD Dated 3-11-1993; George W. Piercy and Juliet F. Piercy, Trustees of the Piercy Family Trust; David Salehinia, Trustee of the Mehrab Pers. Prop. Trust Dated April 25, 2003; Terrell R. Williams, Trustee of the Terrell R. Williams Revocable Living Trust; Harry McMurray and Kristen McMurray, Trustees of the H&K McMurray 2000 Revocable Trust dated May 11, 2000; Pensco Trust Co. Custodian fbo Bruce Manildi; William E. Gammons; Charles R. McKenry and Jean M. McKenry, Trustees of the Trust of Charles R. McKenry; Lee Purser; Pamela C. Pirtle; Brockman Farming, Inc.

35.

**CFI Loan # 5372**

**Property Address**: 216 Ridge Way, Mammoth Lakes, CA 93546

**Record Date of Assignment**: 5/21/08

**Recorded Document No.** 2008002546

**Assignees**: Calvin Rich and Margaret Rich; Charles R. Smith, Jr. and Isabelle C. Smith, Trustees of the C.R. Smith Family Trust UTD 09/29/88; David Cooper; Steven M. Weingarten; Mahin Salehinia; Teresa M. Michel and F. William Michel; SallyAnn Forzani; Nels W. Ingram and Patsy G. Ingram, Trustees of the Nels W. Ingram and Patsy Ingram Revocable Trust, dated Jan. 2, 1992; Richard L. Blanding, Trustee of the Blanding Family Trust dated 12/11/1979; James Schumann and Sarah Schumann, Trustees of the James and Sarah Schumann Living Trust dated 9-14-2004

22

36.

**CFI Loan # 5373**

**Property Address**: Oroville, CA 95965

**Record Date of Assignment**: 9/4/08

**Recorded Document No.** 2008-0032994

**Assignees**: Linda C. Elliott, Trustee of the Temple and Linda Elliott Trust dated May 3, 2006; Peter Lecce, Trustee of the Lecce Family Trust UTD 09/10/98; Willy J. Grundherr and Deborah L. Grundherr, Trustees of the Grundherr Living Trust; Judith A. Coolidge; Anthony Johnson, Trustee of the Johnson Trust dated April 19, 2001; Lawrence Barche and Elaine Barche; Sally T. Selner, Trustee of the Sally T. Selner Trust dated Nov. 13, 1987,; Pamela Jordan O'Connell; John B. Wardell; Warren E. Anderson, Trustee of the Anderson Family Trust dated April 25, 1995; Tetratech Retirement Plan & Trust

37.

**CFI Loan # 5385**

**Property Address**: Desert Hot Springs, CA 92241

**Record Date of Assignment**: 9/9/08

**Recorded Document No.** 20080495842

**Assignees**: Aaron N. Gallegos and Raymond R. Feay; Eleen A. Hall, Trustee of the Hall Family Trust dated 07/20/84; Cyd Love FBO Nicholas Tucker; George E. Richardson, Jr., Trustee of the George E. Richardson Jr. Trust UTD dated 6/4/2003; David Bertsch and Gayle Bertsch; David Salehinia, Trustee of the Mehrab Pers. Prop. Trust Dated April 25, 2003; Mahin Salehinia; Allyson Kumataka, Trustee of the Kumataka 1994 Trust; Pearl A. Haas, Trustee of the Haas Living Trust 06-98; Charles H. Caterino and Eva M. Caterino, Trustees of the Catarino Family Livign Trust dated 6-30-1993; Judith E. Foon; Cherie J. Thibodeaux, Trustee of the Cherie J. Thibodeaux Trust 2 U/A dtd 11/11/99; Florence S. Lesur; Gladys Hill; Charles Fisher Parsons, Trustee of the Trust No. 2 of Charles F. Parsons; Randal A. McChesney; Selene Olms

38.

**CFI Loan # 5406**

**Property Address**: 6 Deer Forest Drive, Monterey, CA 93940

**Record Date of Assignment**: 5/16/08

**Recorded Document No.** 2008031506

**Assignees**: Pensco Trust Co. Custodian fbo Mark Bartindale; Pensco Trust Co. Custodian fbo Barbara Bartindale; Michael F. Kelly and Darlene L. Kelly

23

39.

**CFI Loan # 5418**

**Property Address**: 220 Coronado Ave., Salinas, CA 93901

**Record Date of Assignment**: 5/16/08

**Recorded Document No.** 2008031499

**Assignees**:      Frances Tarr, Trustee of the Frances B. Tarr Trust


40.

**CFI Loan # 5428**

**Property Address**: Desert Hot Springs, CA 92240

**Record Date of Assignment**: 9/9/08

**Recorded Document No.** 2008-0495843

**Assignees**:      David W. Cooper ; Joseph F. Lupino, Trustee of the Joseph F. Lupino Revocable Trust; Pensco Trust Co. Custodian fbo Joseph Lupino; Elsbeth Foster, Trustee of the Elsbeth I. Foster Trust, UTA datedMay 1, 2000; Linda A. Larone and Sharon M. Daly, Trustees of the Linda A. Larone and Sharon M. Daly Trust dated Oct. 31, 1996; Bonnie Elstad and Connie Ferral; Penelope Mills Eklof


41.

**CFI Loan # 5429**

**Property Address**: Victorville, CA 92392

**Record Date of Assignment**:     5/16/08

**Recorded Document No.** 080224489

**Assignees**:      Lawrence H. Kelley and Sharon M. Kelley, Trustees of the Lawrence Howard Kelley and Sharon Marie Kelley Trust UTD dated May 21, 1993; Kevin Muir and Denise Muir, Trustees of the Muir Family Trust dated July 14, 2003; Mary Horne Gayman and Richard L. Gayman, Trustees of the Gayman Family Trust dated May 1, 2002; Ronnie Usrey and Elena Usrey; Elmer E. Jenkins


42.

**CFI Loan # 5443**

**Property Address**:  61 Carlsen Road, Salinas, CA 93907

**Record Date of Assignment**: 5/8/08

**Recorded Document No.** 2008029415

**Assignees**:      Kenny Nemes and Michelle Nemes; Pensco Trust Co., Custodian FBO Roy C. Gunter; Roy C. Gunter, Trustee of the Roy and Virginia Gunter Trust UTD 4/28/2000; James C. Jeffery III, Trustee of the James C. Jeffery III Revocable Trust dated 11/26/02; Ellen

24

Jasnosz, Trustee of the Ellen Jasnosz Trust UTA 5/17/02; Bette S. Frank; Teresa Jean Frank; Ella I. Long; Pensco Trust Co., Custodian FBO Ali Rodgers; Richard J. Muir and Margaret Ann Muir, Trustees of the Revocable Living Trust dtd Apr. 24, 1992; Eleanor Newcomb; Elmer E. Jenkins; Kristen Ramsden

43.
**CFI Loan # 5449**

**Property Address**: 4091 Pine Meadows Way, Pebble Beach, CA 93953

**Record Date of Assignment**: 5/16/08

**Recorded Document No.** 2008031502

**Assignees**: Robert Newman and Geraldine Espinoza; Pensco Trust Co. Custodian fbo Ken V. Malone; Victor M. Shaw and Jane R. Shaw, Trustee; Roberta Rose and Shawna Parker; Mark Weston

44.
**CFI Loan # 5467**

**Property Address**: Mission Blvd., Desert Hot Springs, CA 92240

**Record Date of Assignment**: 9/9/08

**Recorded Document No.** 20080495844

**Assignees**: Charles R. McKenry and Jean M. McKenry, Trustees of the Charles R. and Jean M. McKenry Trust dated December 5, 1990; Casino Concepts & Design

45.
**CFI Loan # 5473**

**Property Address**: 65 Carlsen Road, Salinas, CA

**Record Date of Assignment**: 5/8/08

**Recorded Document No.** 2008029405

**Assignees**: Bert Baumer; Gabriele D. Swanson, Trustee of the Gabriele D. Swanson Trust UTA dated 06/04/92; Aniano Olea; Michael Frost and Linda Frost; Signature Irrigation, Inc. Defined Benefit Pension Plan; Elmer E. Jenkins; Virginia D'Antoni, Trustee of the Virginia D'Antoni Trust dated Oct. 10, 1994

25

46.

**CFI Loan # 5487**

**Property Address**: 3540 Norwood Place, Sacramento, CA 95838

**Record Date of Assignment**: 5/12/08

**Recorded Document No.** 20080512-1253

**Assignees**:     John Hayworth; Vickie Nelson and Laurits Nelson


47.

**CFI Loan # 5489**

**Property Address**: 239-243 Main Street, Salinas, CA 93901

**Record Date of Assignment**: 5/8/08

**Recorded Document No.** 2008029286

**Assignees**:     Daniel M. McGilloway, Jr., an accountancy corporation; James A. Gilbert


48.

**CFI Loan # 5497**

**Property Address**: Miramonte Road, Carmel, CA

**Record Date of Assignment**: 5/8/08

**Recorded Document No.** 2008029412

**Assignees**:     John D. Waldroup; Pensco Trust Co., Custodian FBO Roy C. Gunter; James C. Jeffery III, Trustee of the James C. Jeffery III Revocable Trust dated 11/26/02; Ellen Jasnosz, Trustee of the Ellen Jasnosz Trust UTA 5/17/02; Richard L. Schneider; Jan T. Swanberg and Elsy M. Swanberg; Ed Pilon and Lois Pilon, Trustees of the Pilon Revocable Trust; Elmer Harding Pelham and Jennifer Jane Pelham, Trustees of the Elmer Harding Pelham and Jennifer Jane Pelham Amended and Restated Declaration of Trust dated June 1, 1987


49.

**CFI Loan # 5498**

**Property Address**: Miramonte Road, Carmel, CA

**Record Date of Assignment**:  5/8/08

**Recorded Document No.** 2008029413

**Assignees**:     Jean M. Duff, Trustee of the Jean M. Duff Revocable Trust UTD 3/24/94; Lucia H. Humphrey, Trustee of the Lucia H. Humphrey Trust UTA October 2, 1995; Veronica D'Amico and Ronald D'Amico, Trustees of the Veronica D'Amico and Ronald V. Damico 1999 Revocable Trust; Blake Cesarin, Trustee of the Agen Court Personal Property Trust; David Salehinia, Trustee of the Mehrab Pers. Prop. Trust Dated April 25, 2003; Melinda Moore

26

50.

**CFI Loan # 5524**

**Property Address**: 509 Grandview Road, Sebastopol, CA 95472

**Record Date of Assignment**: 5/7/08

**Recorded Document No.** 2008041803

**Assignees**:     Nels W. Ingram and Patsy G. Ingram, Trustees of the Nels W. Ingram and Patsy Ingram Revocable Trust, dated Jan. 2, 1992; Al De Jesus III; Edward Ronald Whitehead; Simone M. Woodyard; Sheri Jane Holdridge

51.

**CFI Loan # 5531**

**Property Address**: 3600 Viejo Rd (2.8 acres), Monterey, CA 93940

**Record Date of Assignment**: 5/2/08

**Recorded Document No.** 2008028025

**Assignees**:     Ben Compagno and Deborah Compagno

52.

**CFI Loan # 5532**

**Property Address**: 3600 Viejo Rd (5.1 acres), Monterey, CA 93940

**Record Date of Assignment**: 5/2/08

**Recorded Document No.** 2008028026

**Assignees**:     Ella I. Long, Trustee of the Marion F. Long and Ella I. Long Trust B; Ben Compagno and Deborah Compagno; Joseph V. Terrano, Trustee of the Terrano Marital Trust; Sandra Spaulding and Stephen Spaulding; Bill Holdridge and Sheri Holdridge; William Harrison Holdridge

53.

**CFI Loan # 5533**

**Property Address**: 3150 Lake Drive, Marina, CA 93933

**Record Date of Assignment**: 5/2/08

**Recorded Document No.** 2008028027

**Assignees**:     Marc D. Waldroup; Inge Fitzpatrick; Minnie B. Rose and Mertha R. Duchouquette; Robert G. Duchouquette and Bertha Rose Duchouquette; Charles D. Madden; Eva Lazar, Trustee of the Eva K. Lazar Revocable Living Trust; Roland S. Staiano

27

54.

**CFI Loan # 5537**

**Property Address**: 455 Coastview Drive, Santa Cruz, CA 95062

**Record Date of Assignment**: 5/6/08

**Recorded Document No.** 20080019574

**Assignees**:    Brenda M. Krauth; William Swift and Joele D. Swift; David Salehinia, Trustee of the Mehrab Pers. Prop. Trust Dated April 25, 2003; Mahin Salehinia; Catherine C. Lau, Trustee of the Catherine C. Lau Living Trust dated Feb. 27, 2002; Charles R. Singer; Olga Axionoff; Jan T. Swanberg and Elsy M. Swanberg; Santa Cruz Clean & Sober Home, Andrew Rovegne, Trustee; Tom Moss; Gregory G. Parrish and Maria C. Parrish

55.

**CFI Loan # 5543**

**Property Address**: 8360 Kellwood Court, Elk Grove, CA 95758

**Record Date of Assignment**: 4/25/08

**Recorded Document No.** 20080425-0551

**Assignees**:    Earl Nisbet, Trustee of the Earl Nisbet Living Trust dated 3-26-04 ; James Moore, Trustee of the Moore Family Trust 11/17/1992; David Stock

56.

**CFI Loan # 5560**

**Property Address**: Lot 124 Pasadera, 9699 Blue Larkspur Lane, Monterey, CA 93940

**Record Date of Assignment**: 4/21/08

**Recorded Document No.** 2008024765

**Assignees**:    Bruce S. Lester and Vicki Lester; Elmer E. Jenkins; Wayne Ross, Trustee of the Ross 1999 Family Trust dated 7-02-1999; Casino Concepts & Design; Ed Pilon and Lois Pilon, Trustees of the Pilon Revocable Trust; Mildred M. Taggart, Trustee of the Mildred M. Taggart Living Trust dated August 9, 2006; Lawrence H. Stock, Trustee of the Lawrence H. Stock Living Trust; William Gullett; Doreen Graham, Trustee of the Graham Living Trust dated Aug. 16, 1995; Marleen R. McNabb, Trustee of the McNabb Revocable Trust UTD 02-05-99; Kevin Muir and Denise Muir, Trustees of the Muir Family Trust dated July 14, 2003; Sheri Parelskin

28

57.

**CFI Loan # 5560**

**Property Address**: Lot 124 Pasadera, 9699 Blue Larkspur Lane, Monterey, CA 93940

**Record Date of Assignment**: 4/25/08

**Recorded Document No.** 2008026250

**Assignees**: Anthony Foux and Claudia Kahn

58.

**CFI Loan # 5578**

**Property Address**: 8340 Monterra Views, Monterey, CA 93940

**Record Date of Assignment**: 4/21/08

**Recorded Document No.** 2008024766

**Assignees**:       James M. Hage, Trustee of the James M. Hage Trust dated 9/22/2005; Charles R. Smith, Jr. and Isabelle C. Smith, Trustees of the C.R. Smith Family Trust UTD 09/29/88; Barbara C. Johns, Trustee of the Barbara Johns Living Trust, U/A dtd 9/11/1978; Hazel Blaylock; Patrick L. Sullivan and Beck L. Sullivan, Co-Trustees of the Sullivan Family Trust; Marleen R. McNabb, Trustee of the McNabb Revocable Trust UTD 02-05-99; Anthony Favaloro and Marie Favaloro; James W. Goodacre

59.

**CFI Loan # 5590**

**Property Address**: 825 El Camino Real N., Salinas, CA 93907

**Record Date of Assignment**: 4/21/08

**Recorded Document No.** 2008024767

**Assignees**: William Gullett

29

Adv. P. 09-5225

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## <u>SERVICE LIST</u>

Cecily A. Dumas
FRIEDMAN DUMAS & SPRINGWATER LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Larry J. Lichtenegger, Esq.
Vincent C. Catania, Esq.
ATTORNEYS AT LAW
3850 Rio Road, #58
Carmel, CA 93923

Lisa Omori
NOLAND, HAMERLY, ETIENNE AND HOSS
333 Salinas Street
Salinas, CA 93901

Wesley J. Hammond
WILD, CARTER & TIPTON, PC
246 West Shaw Avenue
Fresno, CA 93755-6339

Aron M. Oliner
DUANE MORRIS LLP
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105

AIM Foundation
Attn: Andrew Seivright
17800 Shasta Lake Road
Lakehead, CA 96051

Pamela Allinson
P.O. Box 2425
Placerville, CA 95667

Olga Axionoff
Ludmeila Axionoff, Trustee of the Ludmeila
Axionoff Revocable Living Trust
2422 Judith
Madera, CA 93637

30

1

2 Lawrence Barche                                    David Bertsch

3 Elaine Barche                                      Gayle Bertsch

4 25942 Carmell Knolls Dr.                           313 South Navarra Dr.

  Carmell, CA 93923                                  Scotts Valley, CA 95066

5 Hazel Blaylock                                     Allyn C. Bushlow, Trustee of the Allyn C.
                                                     Bushlow Revocable Living Trust
6 125 Cherry Blossom Dr.
                                                     3152 Forest Lake Rd.
  Freedom, CA 95019
7                                                    Pebble Beach, CA 93953

8 Windsor Shane Buzza                                Susan W. Cabarloc, Trustee of the Susan
                                                     Wong Carbaloc Living Trust
9 Elizabeth Buzza
                                                     919 North Stoneman Ave., Unit A
  25 Lilac Lane
10                                                   Alhambra, CA 91801
  Carmel Valley, CA 93924

11 John P. Callahan                                  Mary J. Capson, Trustee of the Mary James
                                                     Capson Living Trust dated December 11,
12 P.O. Box 3178                                     2003

   Santa Cruz, CA 95063-3178                         225 Crossroad Blvd. #369
13
                                                     Carmel, CA 93923
14

15 Charles H. Caterino and Eva M. Caterino,         Ann Cathey, Trustee of the Homer Tercero
   Trustees of the Catarino Family Living Trust     and Anne Cathey Living Trust UTD
16 dated 6-30-1993                                   08/02/2001

17 5975 Spanish Trail Cove                           63 Desmond Rd.

   Baanning, CA 92220                                Salinas, CA 93907
18
   Florence L. Christman                             Maria R. Connolly
19
   2770 Atlanta Dr.                                  105 Circulo De Casitas
20 Tracy, CA 95376-7714                              Monterey, CA 93940

21 Soonja L. Cook                                    Donald C. Cook, Trustee of the 1990 Donald
                                                     C. Cook Trust
   1 Shepherds Place
22                                                   1271 N. Doheny Drive
   Monterey, CA 93940
                                                     Los Angles, CA 90069
23
   David W. Cooper                                   Diana Cornelius
24
   1225 Hilby Ave                                    P.O. Box 2496
25 Seaside, CA 93955                                 Avila Beach, CA 93424

26

27

28                                    31

| | |
|---|---|
| Virginia D'Antoni, Trustee of the Virginia D'Antoni Trust dated October 10, 1994<br>1006 Pacific Grove Ln # 5<br>Pacific Grove, CA 93950 | Jenny D'Angelo<br>2620 Fresno St.<br>Santa Cruz, CA 95062 |
| Al De Jesus III<br>P.O. Box 8989<br>Anaheim, CA 92812 | Robert G. Duchouquette and Bertha Rose Duchouquette<br>4435 Laren Lane<br>Dallas, TX 75244 |
| Jean M. Duff, Trustee of the Jean M. Duff Revocable Trust UTD 3/24/94<br>2975 Quarry Rd.<br>Pebble Beach, CA 93953 | Penelope Mills Eklof<br>143 Spring St<br>Santa Cruz, CA 95060 |
| David F. Elgart, Trustee of the Elgart Living Trust<br>20301 Hill Ave<br>Saratoga, CA 95070 | Linda C. Elliott, Trustee of the Temple and Linda Elliott Trust dated May 3, 2006<br>3110 Bird Rock Rd.<br>Pebble Beach, CA 93953 |
| Bonnie Elstad and Connie Ferral<br>86214 Xylo Street<br>Florence, OR 97439 | Phyllis A. Endicott<br>8220 Hermosa Ave<br>Ben Lomond, CA 95005 |
| Evelyn Epstein<br>20200 Rock Springs Lane<br>Aromas, CA 95004 | Rabia Erduman<br>456 Dela Vina Ave # E-4<br>Monterey, CA 93940 |
| William Matteo Evanger<br>931 Bluewater Dr<br>Vacaville, CA 95688 | Anthony Favaloro and Marie Favaloro<br>470 Toyon Drive<br>Monterey, CA 93940 |
| Irene Finn<br>10 Work Ave<br>Del Rey Oaks, CA 93940 | Pamela Flagg<br>1941 Sunset Drive<br>Hollister, CA 95023 |
| Audrey Flashner<br>8 Overdale Rd<br>Rye, NY 10580 | Judith E. Foon<br>5470 Golf Drive<br>Soquel, CA 95073 |
| Paul Forgette and Ronda Forgette<br>Po Box 4729<br>Covina, CA 91723 | Anthony Foux and Claudia Kahn<br>1701 Mandeville Cyn Rd<br>Los Angeles, CA 90049 |

32

Bette S. Frank
1112 Malta Court
Seaside, CA 93955

Teresa Jean Frank
1112 Malta Court
Seaside, CA 93955

Michael Frost and Linda Frost
110 Monte Vista Dr
Monterey, CA 93940

Kenneth R. Frost, Trustee of the Frost Family
Trust UTD 02/24/84
107 Strawberry Rd.
Watsonville, CA 95076

Aaron N. Gallegos and Raymond R. Feay
87698 Mar Azul Terrace
Florence, OR 97439

David L. Gambetta and Christine L.
Gambetta
1105 Old Stage Rd
Salinas, CA 93908

William E. Gammons
712 Lakemont Place #6
San Ramon, CA 94582

Mary Horne Gayman and Richard L.
Gayman, Trustees of the Gayman Family
Trust dated May 1, 2002
5313 West Judy Court
Visalia, CA 93277

Joseph C. Gehman and Judith K. Gehman
6562 Graystone Meadow Circle
San Jose, CA 95120

Albert G. Giordano, Trustee of the Albert G.
Giordano Living Trust
P.O. Box 1096
Genoa, NV 89411

James W. Goodacre
10407 Fairway Lane
Carmel, CA 93923

Doreen Graham, Trustee of the Graham
Living Trust dated Aug. 16, 1995
1659 Cambrian Dr
Salinas, CA 93906

Willy J. Grundherr and Deborah L.
Grundherr, Trustees of the Grundherr Living
Trust
P.O. Box 66899
Scotts Valley, CA 95067

Roy C. Gunter, Trustee of the Roy and
Virginia Gunter Trust UTD 4/28/2000
580 Calle Principal Suite 2
Monterey, CA 93940

Lloyd Gurley and Jeanne Gurley
11201 Scarlet Oak Dr
Oakdale, CA 95361

Pearl A. Haas, Trustee of the Haas Living
Trust 06-98
1204 Lake Ct
Pebble Beach, CA 93953

33

Sheila M. Haddad
CMR 456 Box 163
APO, AE 9011

George Havstad and Janece Havstad
P.O. Box 609
Aromas, CA 95004

Arno W. Heckrodt, Trustee of the Revocable
Living Trust of Arno W. Heckrodt dated
April 25, 1986
3037 Lasuen Drive
Carmel, CA 93923

Gladys Hill
563 N. Mar Vista Ave Apt 101
Pasadena, CA 91106

Mary A. Hindbaugh
12880 New York Ranch Rd
Jackson, CA 95642

William Harrison Holdridge
PO Box 2971
Santa Cruz, CA 95063

Sheri Jane Holdridge
P. O. Box 2971
Santa Cruz, CA 95063

Lucia H. Humphrey, Trustee of the Lucia H.
Humphrey Trust UTA October 2, 1995
151 Ford Road #2
Carmel Valley, CA 93924

Nels W. Ingram and Patsy G. Ingram,
Trustees of the Nels W. Ingram and Patsy
Ingram Revocable Trust, dated Jan. 2, 1992
2609 S. Saratoga
Mesa, AZ 85202

William C. Jackson and Frieda Jackson
P.O. Box 846
Castroville, CA 95012

Thomas A. Jasnosz and Katheryn G. Peters
137 W. Mayberry Dr
Lynden, WA 98264

Ellen Jasnosz, Trustee of the Ellen Jasnosz
Trust UTA 5/17/02
205 Fairway Glen Lane
San Jose, CA 95139

Ronald R. Jaye, Trustee of the Ronald R. Jaye
Trust U/D/T dated March 2, 1990 and
Amended in its Entirety on May 6, 2002
245 Altivo Avenue
La Selva Beach, CA 95076

Elmer E. Jenkins
2009 Wilson Pike
Franklin, TN 37067

Philip C. Johnson
15 Via Milpitas
Carmel Valley, CA 93924

Anthony Johnson and Judith A. Johnson,
Trustees of the Johnson Trust dated April 19,
2001
24715 Summit Field Road
Carmel, CA 93923

34

1

2 Harold R. Jordan and Martha W. Jordan,     Dwayne R. Kelley and Ana Kelley
Trustees of the Jordan Family Trust UTD
3 12/26/92     46375 Pine Meadow Dr.

4 P.O. Box 814     King City, CA 93930

5 Pebble Beach, CA 93953

Lawrence H. Kelley and Sharon M. Kelley,     Vina R. Kelley, Trustee of the Howard and
6 Trustees of the Lawrence Howard Kelley and     Vina Kelley Family Trust UTD dated
Sharon Marie Kelley Trust UTD dated May     3-11-1993
7 21, 1993     68 Santa Teresa Way

8 371 E. Alvin Dr.     Salinas, CA 93906

Salinas, CA 93906
9
Gordon B. Kennedy     Roger King, Trustee for the King Family
10     Trust UTD 09/24/96
Po Box 787
11     P.O. Box 1076
Mecca, CA 92254
12     Angels Camp, CA 95222

13 Brenda M. Krauth     Chris A. Kuhlken

13305 70th Ave. N. E.     1971 Lincoln St.
14 Kirkland, WA 98034     Seaside, CA 93955

15 Allyson Kumataka, Trustee of the Kumataka     Eva Lazar, Trustee of the Eva K. Lazar
1994 Trust     Revocable Living Trust
16 5312 W. Tortolita Flats Lane     3232 Anchor Drive

Marana, AZ 85653     Plano, TX 75023
17
Peter Lecce, Trustee of the Lecce Family     Raymond Ralph Leclair and Joyce Leclair
18 Trust UTD 09/10/98     104 S. Park Way

19 8340 Via Madalena     Santa Cruz, CA 95062
Carmel, CA 93923
20
Florence S. Lesur     Josephine R. Lint
21 327 36th Ave     3001 Ellen Ct.

22 Santa Cruz, CA 95062     Marina, CA 93933

Ella I. Long     Ella I. Long, Trustee of the Marion F. Long
23     and Ella I. Long Trust B
31 Oak St
24     31 Oak Street
Salinas, CA 93901
    Salinas, CA 93901
25

26

27

28               35

Cyd Love FBO Nicholas Tucker
1121 Hellam St.
Monterey, CA 93940

Craig F. Lovell
80 Laurel Drive
Carmel Valley, CA 93924

Joseph F. Lupino, Trustee of the Joseph F. Lupino Revocable Trust
3471 Springhill Rd.
Lafayette, CA 94549

Craig F. Lyons and Josephine A. Lyons
13445 Cuesta Verde
Salinas, CA 93908

Eileen C. Mazer
255 S. Rengstorff Ave. Apt 148
Mountain View, CA 94040-1757

Charles R. McKenry and Jean M. McKenry, Trustees of the Trust of Charles R. McKenry
3122 Birch Street
Carmichael, CA 95608

Jodi Mclean
P. O. Box 921
Pacific Grove, CA 93950

Harry McMurray and Kristen McMurray, Trustees of the H&K McMurray 2000 Revocable Trust
1245 Aguajito Rd
Monterey, CA 93940

Marleen R. McNabb, Trustee of the McNabb Revocable Trust UTD 02-05-99
4690 Thurber Ln
Santa Cruz, CA 95065

Teresa M. Michel and F. William Michel
131 Ortega Ave
Mountain View, CA 94040

Christina L. Millard and Chris J. Millard
45 Arabian Way
Scotts Valley, CA 95066

Nancy J. Mills, Trustee of the Nancy J. Nightingale-Mills Revocable Living Trust
265 Dave Creek Parkway # 312
Fairfield Bay, AR 72088

Dean R. Morford, Trustee of the Dean R. Morford Family Trust UTD 11/23/88
22644 Oak Canyon Rd
Salinas, CA 93908

Erna H. Morris
401 Bishop Ave
Pacific Grove, CA 93950

Robert Morris and Katherine Morris
131 Redwood Way
Boulder Cr, CA 95006

Vickie Nelson and Laurits Nelson
14459 Del Monte D=Farms Rd
Castroville, CA 93912

Eleanor Newcomb
11476 Road 29
Madera, CA 93637

Robert Newman and Geraldine Espinoza
2546 Capitola Rd Sp # 57
Santa Cruz, CA 95062

36

| | |
|---|---|
| Zenon Obydzinski and Beata A. Obydzinski | Pamela Jordan O'Connell |
| 1125 Rockhaven Court | 215 Wheeler Rd |
| Salinas, CA 93906 | Mashpee, MA 2649 |
| Edward H. Ogle and Rhodell R. Willard, Trustees of the Edward H. Ogle and Rhodell R. Willard Revocable Living Trust dated 1/7/1992 | Edward H. Ogle, Trustee of the Edward H. Ogle Revocable Living Trust dated January 7, 1992 |
| 72 Shoreline Drive | 72 Shoreline Drive |
| Florence, OR 97439 | Florence, OR 97439 |
| Aniano Olea | William Parham Jr. |
| 42100 Carmel Valley Rd | P.O. Box 13 |
| Greenfield, CA 93927 | Carmel Valley, CA 93924 |
| Charles Fisher Parsons, Trustee of the Trust No. 2 of Charles F. Parsons | Elmer Harding Pelham and Jennifer Jane Pelham, Trustees of the Elmer Harding Pelham and Jennifer Jane Pelham Amended and Restated Declaration of Trust dated June 1, 1987 |
| 200 Glenwood Circle Apt. C3 | |
| Monterey, CA 93940 | |
| | 6727 Laguna Park Drive |
| | Elk Grove, CA 95758 |
| Mark J. Penniman and Gail S. Penniman | Pensco Trust Co. Custodian FBO Aaron N. Gallegos |
| 5455 Entrance Dr. | |
| Soquel, CA 95073 | P.O. Box 26903 |
| | San Francisco, CA 94126 |
| Pensco Trust Co. Custodian FBO Hristina LeBlanc | Pensco Trust Co. Custodian FBO Joseph Lupino |
| P. O. Box 26903 | P. O. Box 26903 |
| San Francisco, CA 94126 | San Francisco, CA 94126 |
| Pensco Trust Co. Custodian FBO Ken V. Malone | Pensco Trust Co. Custodian FBO Kipp Stewart |
| P.O. Box 26903 | P. O. Box 26903 |
| San Francisco, CA 94126 | San Francisco, CA 94126 |
| Pensco Trust Co. Custodian FBO Linda C. Elliott | George W. Piercy and Juliet F. Piercy, Trustees of the Piercy Family Trust |
| P. O. Box 26903 | 1824 Redondo Way |
| San Francisco, CA 94126 | Salinas, CA 93906 |

Case: 09-05225   Doc# 44   Filed: 04/05/10   Entered: 04/06/10 13:01:05   Page 37 of 40

1

2   Ed Pilon and Lois Pilon, Trustees of the Pilon      Lee Purser
    Revocable Trust
3                                                       386 Grand Ave #113
    26392 Fairway Dr
4                                                       Oakland, CA 94610
    Pioneer, CA 95666

5   David P. Rauen and Ann E. Rauen                     Sharon Reeves

6   228 Oxford Way                                      4225 Gull Cave Way

    Santa Cruz, CA 95060-6449                           Capitola, CA 95010
7
    Calvin Rich and Margaret Rich                       George E. Richardson, Jr., Trustee of the
8                                                       George E. Richardson Jr. Trust UTD dated
    1026 Pacific Grove Ln # 7                           6/4/2003
9   Pacific Grove, CA 93950
                                                        5312 W. Tortolita Flats Lane
10
                                                        Marana, AZ 85653
11  Minnie B. Rose and Mertha R. Duchouquette           Wayne Ross, Trustee of the Ross 1999
                                                        Family Trust dated 7-02-1999
12  4435 Laren Lane
                                                        P.O. Box 222
    Dallas, TX 75244-6712
13                                                      Pacific Grove, CA 93950

14  Oliver J. Rowan                                     Santa Cruz Clean & Sober Home, Andrew
                                                        Rovegne, Trustee
    581 Guerra Ct.
15                                                      PO Box 2727
    San Jose, CA 95111
16                                                      Santa Cruz, CA 95063

17  James Schumann and Sarah Schumann,                  Ingrid Selin
    Trustees of the James and Sarah Schumann
    Living Trust dated 9-14-2004                        761 Toyon Drive
18
    1542 E. Myrtle Loop                                 Monterey, CA 93940
19
    Florence, OR 97439

20  Donna Shaver                                        Donald L. Shaver and Evelyn Shaver,
                                                        co-Trustees of the Shaver Living Trust UTD
    25140 Pine Hills Dr                                 04/26/88
21
    Carmel, CA 93923                                    20250 Palou Dr
22
                                                        Salinas, CA 93908

23  Victor M. Shaw and Jane R. Shaw                     William R. Shelton, c/o Janet Shelton Trustee
                                                        of the Shelton Family Trust UTD 06/22/78
24  1077 Indian Village
                                                        6001 Canterbury Drive #311
    Pebble Beach, CA 93953
25                                                      Culver City, CA 90230

26

27

28                                   38

| | |
|---|---|
| Andrew Sievright | Signature Irrigation, Inc. Defined Benefit Pension Plan |
| 17800 Shasta Lake Road | 36 Harper Canyon Rd |
| Lakehead, CA 96051 | Salinas, CA 93908 |
| Charles R. Singer | Sandra Spaulding and Stephen Spaulding |
| 320 Possumwood Ridge | 4 Deer Hill Ct |
| Aptos, CA 95003 | Pittsburg, CA 94565 |
| Elisabeth Spence | Kyung Hi Stewart |
| 1119 N. 58th Street | P. O. Box 6145 |
| Nampa, ID 83687 | Carmel, CA 93921 |
| David Stock | Lawrence H. Stock, Trustee of the Lawrence H. Stock Living Trust |
| 601 Woodside Sierra #1 | 1006 Pacific Grove Ln # 5 |
| Sacramento, CA 95825 | Pacific Grove, CA 93950 |
| Alberta Stokes, Trustee of the Alberta Stokes Revocable Trust UDT dated 2/26/03 | Patrick L. Sullivan and Beck L. Sullivan, Co-Trustees of the Sullivan Family Trust |
| 106 Third St. | 104 White Oaks Ln |
| Pacific Grove, CA 93950 | Carmel Valley, CA 93924 |
| Kristen Suzuki | Floyd L. Swenson and Danette Swenson |
| 8519 Birmingham Drive | 1323-A San Miguel Cyn Rd. |
| Austin, TX 78748 | Royal Oaks, CA 95076 |
| David G. Swinehart and Maria C. Guzman-Swinehart | Henryka Szudelski |
| 409 Monarch Trail | 1064 Norwood Ave Apt C |
| George Town, TX 78633 | Oakland, CA 94610 |
| Mildred M. Taggart, Trustee of the Mildred M. Taggart Living Trust dated August 9, 2006 | Daniel Tarallo |
| 96 Hawk Haven Road | P.O. Box 5703 |
| Watsonville, CA 95070 | Carmel, CA 93921 |
| Joseph V. Terrano, Trustee of the Terrano Family Trust | Tetratech Retirement Plan & Trust |
| 393 Calle San Antonio | P.O. Box 609 |
| San Juan Batista, CA 95045 | Aromas, CA 95004 |

39

| | |
|---|---|
| Kenneth E. Tingley, Trustee of the Tingley 2004 Trust dated 4/6/04 | Daniel J. Turner and Jeanne C. Turner, Trustees of the Turner Family Trust UDT dated 10/16/98 |
| 130 El Matorral | 1490 Via Isola |
| La Selva Beach, CA 95076 | Monterey, CA 93940 |
| | |
| Ronnie Usrey and Elena Usrey | Kyle Valentic and Meta Valentic |
| 1835 Military Ave | 5356 Edgewood Pl |
| Seaside, CA 93955 | Los Angeles, CA 90019 |
| | |
| Pierre Vercammen | Esin Voskay, Trustee of the Hilmi and Esin Voskay Trust dated Feb. 9, 1998 |
| 608 Lopez Ave. | 34 Miramonte Rd |
| Seaside, CA 93955 | Carmel Valley, CA 93924 |
| | |
| Barbara L. Wake | John B. Wardell |
| 1971 Lincoln St. | 850 Sequoia Blvd |
| Seaside, CA 93955 | Tracy, CA 95376 |
| | |
| Ruth A. Watkins and Nikki L. Watkins, Trustees of the Nikki Lee & Ruth Ann Watkins Family Trust | Mark Weston |
| 2435 Felt St # 38 | 1270 First St # B |
| Santa Cruz, CA 95062 | Monterey, CA 93940 |
| | |
| Edward Ronald Whitehead | Sidney H. Widrow and Bernice M.S. Widrow, Trustees for the Sidney H. Widrow and Bernice M.S. Widrow Trust Agreement created December 11, 1996 |
| 17551 Vierra Cyn Rd | 225 Crossroads Blvd, Box# 378 |
| Salinas, CA 93907 | Carmel, CA 93923 |
| | |
| Rhodell R. Willard, Trustee of the Rhodell R. Willard Revocable Living Trust, dated December 30, 1991 | Terrell R. Williams, Trustee of the Terrell R. Williams Revocable Living Trust |
| 72 Shoreline Drive | 229 17 Mile Drive |
| Florence, OR 97439 | Pacific Grove, CA 93950 |
| | |
| X-Files LP Ludmeila Axionoff | Luz Elena Aguirre, Trustee of the Irene S. Aguirre Trust UTD dated 12/3/1986 |
| 2422 Judith Ct | P. O. Box 1704 |
| Madera, CA 93637 | Carmel, CA 93921 |

40